Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
November 28, 2006

Clerk, United States District Court
for the Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA   90012

**IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION   MDL-1792**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 11/2/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| Barry R. Friedrich, et al. V. InPhonic, Inc., et al. | CAC No. 2: 06-6110 | C.A. No. 1:06-2022 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
       Nancy Mayer-Whittington, Clerk
       Judge Ellen Segal Huvelle
       Gwen Franklin, Courtroom Clerk
       MDL Misc. Case No. 06-507