Mark P. Friedlander, Jr. (#45526)
**FRIEDLANDER, FRIEDLANDER & EARMAN, P.C.**
1364 Beverly Road, Suite 201
McLean, Virginia 22101
Telephone: (703) 893-9600

Bruce L. Simon (CA State Bar #96241)
Esther L. Klisura (CA State Bar #221171)
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson (CA State Bar #108523)
Gary S. Soter (CA State Bar #67622)
Daniel L. Warshaw (CA State Bar #185365)
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Harvey Rosenfield (CA State Bar #123982)
Pamela Pressley (CA State Bar #180362)
**FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS**
1750 Ocean Park Boulevard, Suite 200
Santa Monica, California 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874

*Attorneys for Plaintiff Shelly Salzman, Individually and on Behalf of All Others Similarly Situated*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION - MDL 1792 | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 <br><br> **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN** <br><br> Assigned to the Honorable Ellen Segal Huvelle <br><br> Trial Date: None |

763912.1

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN

1 SHELLY SALZMAN, the Plaintiff in United States District Court, District of
2 Columbia, Case No. CV06-1266 ESH, pursuant to the Transfer Order entered by the
3 Judicial Panel on Multidistrict Litigation effective November 2, 2006, hereby gives
4 notice of her appearance in this action by and through her counsel:

Mark P. Friedlander, Jr. (#45526)
FRIEDLANDER, FRIEDLANDER & EARMAN, P.C.
1364 Beverly Road, Suite 201
McLean, Virginia 22101
Telephone: (703) 893-9600

Bruce L. Simon (CA State Bar #96241)
Esther L. Klisura (CA State Bar #221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000

Clifford H. Pearson (CA State Bar #108523)
Gary S. Soter (CA State Bar #67622)
Daniel L. Warshaw (CA State Bar #185365)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Harvey Rosenfield (CA State Bar #123982)
Pamela Pressley (CA State Bar #180362)
FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS
1750 Ocean Park Boulevard, Suite 200
Santa Monica, California 90405
Telephone: (310) 392-0522

DATED: March 12, 2007        **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By: /s/
GARY S. SOTER
Attorneys for Plaintiff Shelly Salzman,
Individually and on Behalf of All Others
Similarly Situated

763912.1

2
NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN